UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:19-cr-18-2 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| | ) | |
| BRANDY LEE BROWN | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

**ORDER**

United States Magistrate Christopher H. Steger filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to a lesser included offense of Count Three of the six-count Indictment; (2) accept Defendant's guilty plea to a lesser included offense of Count Three of the six-count Indictment; (3) adjudicate Defendant guilty of knowing and intentional distribution of a mixture and substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and (4) order that Defendant remain in custody until sentencing in this matter or further order of this Court. (Doc. 33.) Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 33) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to a lesser included offense of Count Three of the six-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to a lesser included offense of Count Three of the six-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of knowing and intentional distribution of a mixture and substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place before the undersigned on **December 13, 2019, at 2:00 p.m.**

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**